*son*, for plaintiff, *Vincent J. Piccirilli*, for defendant.

March 20, 1980.

M. P. No. 80-86. W. EDWARD WOOD *et al. v.* WARREN V. PICILLO *et al.* The petition for writ of certiorari and motion for stay are denied. *Dennis J. Roberts II*, Attorney General, *R. Daniel Prentiss, Allen P. Rubine,* Assistant Attorneys General, for plaintiff-respondent, *Adler, Pollock & Sheehan, Incorporated, John F. Bomster,* for defendants-petitioners.

March 27, 1980.

M. P. No. 79-517. ALAN L. BIRNBAUM *et al. v.* JOHNSON & WALES COLLEGE *et al.* The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *DiSandro Associates, Edmond A. DiSandro,* for petitioners, *William J. McGair,* for respondents.

M. P. No. 80-101. ERNEST D. GEORGE *et al. v.* MILES LABORATORIES, INC. *et al.* The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *Archibald B. Kenyon, Jr.,* for plaintiffs-respondents, *Rice, Dolan, Kiernan & Kershaw, Leonard A. Kiernan, Jr.,* for defendants-petitioners.

M. P. No. 80-107. STAR STREET AREA NEIGHBORHOOD ASS'N *v.* CITY OF PAWTUCKET BOARD OF ZONING APPEALS. The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *Stone, Clifton & Clifton, Walter R. Stone,* for petitioner, *Moses Kando, Matthew C. Cunningham,* for respondent.

Appeal No. 79-269. SMITHFIELD PEAT CO., INC. *v.* SCOTT-LEE CONSTRUCTION CO., INC. *et al.* This case came before us on March 6, 1980 on defendants' motion under Rule 16(g) to affirm the judgment below vacating a lis pendens which plaintiff had placed upon land owned by certain